# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

DANTE SOBERAENIS-BENITEZ

)
)    CR NO: 1:12-CR-96
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
         ☒ Ad Prosequendum       ☐ Ad Testificandum.

Name of Detainee:        DANTE SOBERAENIS-BENITEZ

Detained at (custodian):    **WASCO**

Detainee is:    a.)    ☒  charged in this district by:

                     ☒ Indictment       ☐ Information       ☐ Complaint

                     Charging Detainee With:    **8 U.S.C. § 1326(a) & (b)(2) -Deported Alien Found in the United States**

     or       b.)    ☐  a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    ☒  return to the custody of detaining facility upon termination of proceedings

     or       b.)    ☐  be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California.*

                          Signature:/s/ Andrew L. Gradman
                          Printed Name & Phone No: **Andrew L. Gradman (559) 497-4000**
                          Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
                   ☒ Ad Prosequendum       ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, , and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5 November 2012                          */s/ Dennis L. Beck*

Date                                      United States Magistrate Judge

Please provide the following, if known:

     AKA(s) (if applicable):                                  Male ☒     Female ☐

     Booking or CDC #:     AM4408                              DOB:

     Facility Address:                                      Race:

                                                   FBI #:    770467JB2

     Facility Phone:

     Currently Incarcerated For:

### RETURN OF SERVICE

Executed on _____ by _____

                                                    (Signature)

Form Crim-48                                                       Revised 11/19/97